**FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED    ENTERED
LOGGED   DAL   RECEIVED

MAY 22 2019

AT BAL
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | |
| | **FILED UNDER SEAL** |
| INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 410-585-7592 THAT IS STORED AT PREMISES CONTROLLED BY AT&T IDENTIFIED IN ATTACHMENT A-1; AND | **CASE NO.** _____ |
| | **RELATED CASES:** |
| INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 443-355-1097 THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE/METRO PCS IDENTIFIED IN ATTACHMENT A-2; AND | **19-0559-JMC;** **19-0904-ADC.** *19-1631-SAG* *to* *19-1633-SAG* |
| INFORMATION ASSOCIATED WITH THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 443-890-7949 THAT IS STORED AT PREMISES CONTROLLED BY VERIZON IDENTIFIED IN ATTACHMENT A-3. | |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Special Agent Brendan Plasha, being duly sworn, depose and state that:

## PURPOSE OF THE AFFIDAVIT

1.      This affidavit is made in support of an application for search warrants under 18 U.S.C. § 2703(c)(1)(A) for information associated with cell phone numbers belonging to Michael Arnold, Stewart Lee Williams, and Kelvin McFadden. These cell phone numbers, and their respective service providers, are described and listed below.

      a.  the cellular telephone assigned call number **410-585-7592**, belonging to Michael Arnold, that is stored at premises controlled by AT&T, a wireless telephone provider headquartered at 11760 US Highway One North Palm Beach, FL 33408, as identified in Attachment A-1;

      b.  the cellular telephone assigned call number **443-355-1097**, belonging to

Stewart Lee Williams, that is stored at premises controlled by T-
Mobile/Metro PCS, a wireless telephone provider headquartered at 4
Sylvan Way, Parsippany, New Jersey 07054, as identified in Attachment
A-2; and

c.  the cellular telephone assigned call number **443-890-7949**, belonging to
Kelvin McFadden, that is stored at premises controlled by Verizon, a
wireless telephone provider headquartered at 180 Washington Valley
Road Bedminster, NJ 07921, as identified in Attachment A-3.

The United States has probable cause to believe that the historical cell phone site data associated
with these cell phone numbers will provide evidence of violations of 18 U.S.C. §1951(a)
(Affecting Interstate Commerce by Robbery). (The "Target Information").

2.      This warrant would require AT&T to disclose to the government copies of the
information further described in Section I of Attachment B-1; T-Mobile/MetroPCS to disclose to
the government copies of the information further described in Section I of Attachment B-2; and
Verizon to disclose to the government copies of the information further described in Section I of
Attachment B-3. Upon receipt of the information described in Section I of Attachments B-1, B-
2, and B-3, government-authorized persons will review the information to locate items described
in Section II of Attachments B-1, B-2, and B-3.

3.      Specifically, the main aim of these search warrants is to acquire historical cell site
data for Arnold's, McFadden's, and William's cell phones that would allow law enforcement to
determine the approximate location of those cell phones on the day before, the day of, and the
day after certain robberies.

2

DAL

## JURISDICTION

4.      This Court has jurisdiction to issue the requested warrants because it is "a court of competent jurisdiction" as defined in 18 U.S.C. § 2711. *See* 18 U.S.C.

§ 2703(c)(1)(A). Specifically, the Court is "a district court of the United States (including a magistrate judge of such court) . . . that--has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

5.      Under 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of these warrants.

## AGENT BACKGROUND

6.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), and have been since 2015. I am currently assigned to the ATF Baltimore Field Division, Baltimore Field Office. I attended the United States Department of Homeland Security's Criminal Investigator Training Program and ATF's Special Agent Basic Training, both located in Glynco, Georgia, for a combined period of twenty-six weeks. I have received extensive training, both formal and on-the-job, in the provisions of the Federal Firearms Laws and Federal Narcotics Laws administered under Title 18, Title 21, and Title 26 of the United States Code. As an ATF agent, I have conducted and participated in numerous investigations concerning violations of federal firearm laws, violations of federal controlled substance laws, and the commission of violent crimes. I have received specialized training regarding, and have personally participated in, various types of investigative activities, including: (a) physical surveillance; (b) the debriefing of defendants, witnesses, informants, and other individuals who have knowledge concerning violations of federal firearms and controlled substance laws; (c) undercover operations; (d) the execution of search warrants; (e) the consensual monitoring and

recording of conversations; (f) electronic surveillance through the use of pen registers and trap

and trace devices; (g) the court-authorized interception of both wire and electronic

communications (i.e., Title III wiretaps); and (h) the handling, maintenance, and examination of

evidence, including wireless telephones and computers.

7.       As a Special Agent with the ATF, I am authorized to investigate violations of

laws of the United States and as a law enforcement officer with the authority to make arrests and

execute warrants issued under the authority of the United States.

8.       The information contained in this affidavit comes from my personal observations,

my training and experience, and information obtained from other agents, police officers and

detectives, witnesses, and reports.  Since this affidavit is being submitted for the limited purpose

of establishing probable cause for securing the search warrants, I have not included every fact

known to me concerning the investigation.  Rather, I have set forth only those facts that I believe

are necessary to establish probable cause to believe that evidence, fruits, and instrumentalities of

the violation of 18 U.S.C. § 1951(a) (Robbery Affecting Commerce) are located within the

Target Information.

9.       Based on my training, knowledge, and experience, I also know that the location of

a cell phone at a particular time (based on cell site records and location information) may

constitute evidence of a crime.  Such location information allows investigators to determine, for

example, whether a particular telephone was in the vicinity of a robbery location such as a bank

or convenience store around the time of its robbery.  Indeed, here, such cell cite records and

location information will, among other things, help the United States to (a) investigate possible

connections among Arnold's, Williams's, and McFadden's cell phones and the telephones of

other potential co-conspirators; and (b) identify some of the past movements of the user or users

4

FILED UNDER SEAL                                                      DAL

of the seized telephones within broad (multi-square-mile) geographic regions to determine

whether they were present in the areas of other robberies during 2018 that shared a similar *modus*

*operandi* to those of the robberies discussed below. This is particularly so given that individuals

who participate in collective criminal activity, including armed robberies, frequently have cell

phones with them when they commit their crimes and frequently communicate with one another

by cell phone, by social media, and by use of the Internet, before, during, and after those crimes.

### PROBABLE CAUSE

10.     Between May 25, 2018 and September 1, 2018, there were a total of 18 robberies

that occurred in Baltimore City, Baltimore County, and Anne Arundel County that share

common characteristics and are linked together by various pieces of evidence. The robberies

occurred in geographic and temporal clusters. Additionally, groupings of these robberies appear

to have involved similar looking weapons and clothing. There is also forensic evidence, in the

form of fingerprints, that link Williams and McFadden to several robberies. Arnold, Williams,

and McFadden each made incriminating post-*Miranda* statements. Finally, there is surveillance

footage of many of these robberies.

11.     With one exception, each of these robberies involved two or three black males as

suspects. Two of the robberies also involved a black female suspect. In addition, a number of

the robberies included a potential getaway driver.

12.     The below chart lists the entire series of robberies. As I reference various

robberies throughout this affidavit, I will include as an indicator their corresponding number in

this chart.

| | Date | Business Name | Location |
|---|---|---|---|
| 1 | 5/25/2018  9:33pm | Conrad's Crabs and Seafood Market | 1720 E. Joppa Rd, Parkville, MD 21234 |

FILED UNDER SEAL                                                     DAL

| | | | |
|---|---|---|---|
| 2 | 6/10/2018  8:23pm | Pappas Liquor Store | 1725 Taylor Ave, Parkville, MD 21234 |
| 3 | 6/20/2018  9:04pm | Smoothie King | 1830 York Rd, Lutherville-Timonium, MD 21093 |
| 4 | 6/20/2018  9:17pm | Padonia Liquors | 51 E. Padonia Rd, Lutherville-Timonium, MD 21093 |
| 5 | 6/20/2018  10:10pm | Liquor Mart | 833 Taylor Ave, Towson, MD 21286 |
| 6 | 7/10/2018  11:00pm | Group of Individual Victims | 1700 Yakona Rd, Baltimore City, MD 21234 |
| 7 | 7/11/2018  9:55pm | Individual Victim | 8625 Walther Blvd, Baltimore City, MD 21236 |
| 8 | 7/11/2018  9:57pm | Walther Liquors | 8625 Walther Blvd, Baltimore City, MD 21236 |
| 9 | 7/18/2018  11:07pm | Harford Beverage | 7732 Harford Rd, Parkville, MD 21234 |
| 10 | 7/20/2018  6:14pm | C-Mart | 8039 Fort Smallwood, Riviera Beach, MD 21226 |
| 11 | 7/22/2018  1:31am | Wawa (attempted) | 8300 Veterans Highway, Millersville, MD 21108 |
| 12 | 7/26/2018  5:50pm | 8 Days A Week Convenience Mart | 1700 Taylor Ave, Parkville, MD 21234 |
| 13 | 8/5/2018    9:25pm | John's Liquor and General Store | 812 Duvall Hwy, Pasadena, MD 21122 |
| 14 | 8/18/2018  9:50pm | Quick Stop Food Mart | 3301 E Joppa Rd, Parkville, MD 21234 |
| 15 | 8/21/2018  9:50pm | GameStop | 3611 Washington Blvd, Halethorpe, MD 21227 |
| 16 | 8/25/2018  10:54pm | GameStop | 6901 Security Blvd, Baltimore City, MD 21207 |
| 17 | 8/28/2018  10:50pm | GameStop | 1004 Taylor Ave, Towson, MD 21286 |
| 18 | 9/01/2018  10:35pm | GameStop | 6370 York Rd, Baltimore, MD 21212 |

13.     On June 22, 2018, Michael Arnold was arrested in Anne Arundel County while

attempting to rob a Wawa (07/22/2018). After being arrested and having his *Miranda* rights

explained to him, Arnold admitted to attempting to rob the Wawa. In his own words, Arnold

said something like, "I was in the process of robbing it." Arnold also made statements

incriminating himself for the June 20, 2018 robbery of the C-Mart. For example, when an

investigator showed Arnold a picture of a person wearing a hat (believed to be Arnold) who

committed the C-Mart robbery, and asked Arnold if the hat was his, Arnold replied that it was

not his hat but that he put it on because it was inside of a pouch. In addition to other

incriminating statements he made during the interview, Arnold tacitly acknowledged that he had

committed the C-Mart robbery. Arnold, however, was reluctant to say who he committed

robberies with and would not tell investigators the identity of a co-conspirator whose image was

captured by surveillance cameras. He explained that he was fearful for the safety of his family

and that there was an ongoing violent conflict involving two separate groups happening near

where he and his family members lived. Arnold did say, however, that there were "normally

three" people involved in the robberies.

14.     After Arnold's arrest, based on Arnold's physical appearance and other evidence,

investigators identified multiple robberies of convenience and liquor stores that they believed

Arnold and other co-conspirators were responsible for or involved with.

15.     Arnold has been charged in Anne Arundel County with the C-Mart robbery

(7/20/2018) and the Wawa attempted robbery (7/22/2018). Your affiant understands that Arnold

has reached a plea agreement with the state prosecutor for those crimes.

16.     On September 1, 2018, Stewart Williams and Kelvin McFadden were arrested in

Baltimore City after leading police on a high speed chase following their robbery of a GameStop.

Police captured footage of Williams and McFadden bailing out of the car and entering the

7

FILED UNDER SEAL                                                    DAL

residence at 922 Stricker Street where they were eventually apprehended. Police obtained a

search warrant for the car, which they also learned was registered to McFadden. *See* Attachment

G. During that search, police recovered two cell phones (Target Telephone 2 and Target

Telephone 3).

17.     After the arrest of Williams and McFadden, based on their physical appearance

and other evidence, investigators identified multiple robberies of convenience stores and liquor

stores that they believe Williams and McFadden and certain co-conspirators were responsible for

or involved with.

18.     Following their arrests, Williams and McFadden were both interviewed after

having their *Miranda* rights explained. Williams made incriminating statements implicating

himself in the robberies of the four GameStops (8/21/2018, 8/25/2018, 8/28/2018, and

9/01/2018). When confronted with incriminating evidence from the GameStop robbery that

occurred on 9/01/2018, Williams stated that the game systems were all still in the car. Williams

also said that the gun used during the robbery was fake and said that he had no intentions of

hurting anybody. When asked about the previous GameStop robberies, Williams stated that he

had no interest in seeing pictures from the other robberies and admitted that the game systems

were sold on the street, but said that he was not involved with selling the systems. Williams went

on to state that "the risk was not worth the reward."

19.     After having his *Miranda* rights explained, McFadden also made incriminating

statements implicating himself in the robberies of the four GameStops. When confronted with

incriminating evidence from the GameStop robbery that occurred on 9/01/2018, McFadden said

that he was not the one with the gun and that he wouldn't have hurt anyone. McFadden stated

that he told the employees that he wasn't going to hurt them. McFadden also said that the car

FILED UNDER SEAL                                                                    DAL

used to flee the scene and lead police on a high speed chase was his. When asked about the
previous GameStop robberies, McFadden admitted that he sold the game systems.

20.     Additionally, investigators were able to determine that one of the game consoles
stolen from the 08/28/2018 GameStop robbery was sold to a pawn shop by Kaela McFadden,
Kelvin McFadden's sister.

21.     Williams and McFadden have since been charged in Baltimore for their part in the
robberies of the four Game Stops (8/21/2018, 8/25/2018, 8/28/2018, and 9/1/2018), Walther
Liquors (7/11/2018) and Quick Stop (8/18/2018).

22.     Investigators recovered Target Telephone 1 from Arnold's person after he was
arrested for the attempted robbery of Wawa on 7/22/2018. Target Telephone 2 and Target
Telephone 3 were recovered during a search warrant execution of McFadden's car after Williams
and McFadden were arrested for the robbery of the GameStop on 9/1/2018. *See* Attachment C. [1]

23.     Investigators confirmed that the Target Telephone 1, which was recovered from
Arnold, was in fact used by Arnold and belonged to him and was associated with 410-585-7592
by executing a search warrant on Target Telephone 1 (*see* Attachment D) [2]. Investigators were
able to open the phone and determine that it was both used by Arnold and associated with 410-

---

[1] Attachment C includes the state search warrant authorizing state investigators to search the
2003 Honda Accord that was registered to McFadden and was involved in the high-speed chase
following the final Gamestop robbery (9/1/2018). That search warrant also authorized state
investigators to search for "Any and all cell phones" within the car and permitted them to
undertake the "search and recovery, (download), of all data from within". For the purposes of
this affidavit, federal investigators are not relying on any information or evidence obtained from
the state download of Target Telephone 2 or Target Telephone 3. I previously sought, and
received, a search warrant for all three Target Telephones. 19-0559-JMC.

[2] Attachment D is the state search warrant that investigators obtained to search Arnold's phone
and seize relevant evidence, fruits, and instrumentalities related to the robberies. While, the state
search of Target Telephone 1 yielded some information that is helpful to this investigation, I also
sought and received a search warrant for Target Telephone 1. 19-0559-JMC.

DAL

585-7592.

24.   Relying on information I obtained from another investigation, I was able to determine that the phone number 443-355-1097 was associated with Williams. As part of that other investigation, I listened to a jail call that took place on February 4, 2018. During that call, one of the parties provided the telephone number 443-355-1097 as a number for "Burger." Based on information provided to me by several confidential sources, I know that "Burger" is a nickname for Williams. Additonally, on May 19, 2018, Richard McCardell, an associate of Williams, was shot. McCardell's phone was seized by law enforcement, who obtained a search warrant for the phone. In the extraction report executed pursuant to the search warrant, there are text messages and phone calls between McCardell and 443-355-1097, which McCardell named as "Burga" in his phone.

25.   During a query of law enforcement databases on February 7, 2019, I learned that on August 31, 2018 a caller placed a 911 call to report an auto accident. The caller used telephone number 443-890-7949 and identified himself as Kelvin McFadden. This call was placed one day prior to McFadden's arrest.

26.   After recovering Target Telephone 2 from the inside McFadden's car investigators took several pictures of the exterior of Target Telephone 2. On the screen were several text messages, including a text from that read "Hey Burger." Per paragraph 15, I know that "Burger" is one of Williams's nicknames. Accordingly, I believe that Target Telephone 2 is associated with and was used by Williams.

27.   After recovering Target Telephone 3 from inside of McFadden's car investigators determined that it likely was associated with McFadden. McFadden and Williams were the only two individuals seen in the car during the high speed chase. Only two phones were recovered

from the car during the search. The car was registered to McFadden and McFadden's ID was found within the car. Additionally, there were no cell phones stolen during the robbery of the GameStop on September 1, 2018.

28.     On February 12, 2019, The Honorable J. Mark Coulson, United States Magistrate Judge for the District of Maryland, signed a warrant authorizing the search of Target Telephone 1, Target Telephone 2, and Target Telephone 3, among other searches. *See* Misc. No. 19-0559-JMC.

29.     After a search of Telephone 3 on March 31, 2019, I discovered pictures on the device of Kelvin McFadden, further leading me to believe that the device did in fact belong to Kelvin McFadden. Furthermore, Target Telephone 3's extraction report lists 443-890-7949 as associated with the SIM card within the telephone.

30.     In addition to the above, a general modus operandi, and the temporal and geographic clusters within which the robberies took place, there are additional, notable facts that link together groups of the robberies.

31.     After being charged with the four GameStop robberies on 9/1/2018, Williams's fingerprints were also found at the scene of the Walther Liquors robbery that occurred on 7/11/2018.

32.     McFadden's fingerprints were found both at the scene of the GameStop robbery that occurred on 9/1/2018 and also at the scene of the Quick Stop robbery that occurred on 8/18/2018.

        a. Based on a review of surveillance footage and witness descriptions, investigators were able to determine that similar items and clothing were present across multiple robberies. An outfit including a blue and white

"Dallas" baseball hat, a red shirt, and a blue bag: the Harford Beverage
robbery (7/18/2018), the C-Mart robbery (7/20/2018), and the Wawa
attempted robbery (7/22/2018).

b.  Black and white "Houston Rockets" baseball hat: Harford Beverage
robbery (7/18/2018), the C-Mart robbery (7/20/2018), the Wawa
attempted robbery (7/22/2018), and the 8 Days a Week robbery
(7/26/2018).

c.  Gray or beige "Spurs" baseball hat: three GameStop robberies
(8/21/2018, 8/25/2018, and 9/01/2018).

d.  Black and orange "Orioles" baseball hat: the Quick Stop Food Mart
(8/18/2018) and the first GameStop robbery (8/21/2018).

e.  Blue "Dallas Cowboys Star" baseball hat: two GameStop robberies
(8/28/2018 and 9/01/2018).

33.    One video recovered from the files of Arnold's cell phone, after the execution of
the state search warrant *see* Attachment D, and depicts Arnold riding in the passenger's seat of a
car while it is driving on a highway. Music is playing in the background, and at times during the
video, you can see another person driving the car. I recognize the driver to be Stewart Williams.
Williams is wearing a black and white "Houston Rockets" hat that matches one worn during
several robberies (7/18/2018, 7/20/2018, 7/22/2018, and 7/26/2018). The video file is saved as
"0718182035-01.3gp".

34.    On April 22, 2019, ATF IRS Reck and I analyzed data obtained from Cell Tower
Dump Warrants (19-0559-JMC and 19-0904-ADC). The data showed that Target Telephone 2
communicated with cell towers near the locations of the following robberies:

FILED UNDER SEAL                                                                                    DAL

|    | Date       | Business Name                  | Location                                          |
|----|------------|--------------------------------|---------------------------------------------------|
| 1  | 5/25/2018  | Conrad's Crabs and Seafood Market | 1720 E. Joppa Rd, Parkville, MD 21234          |
| 2  | 6/10/2018  | Pappas Liquor Store            | 1725 Taylor Ave, Parkville, MD 21234              |
| 3  | 6/20/2018  | Smoothie King                  | 1830 York Rd, Lutherville-Timonium, MD 21093      |
| 4  | 6/20/2018  | Padonia Liquors                | 51 E. Padonia Rd, Lutherville-Timonium, MD 21093  |
| 6  | 7/10/2018  | Group of Individual Victims    | 1700 Yakona Rd, Baltimore City, MD 21234          |
| 7  | 7/11/2018  | Individual Victim              | 8625 Walther Blvd, Baltimore City, MD 21236       |
| 8  | 7/11/2018  | Walther Liquors                | 8625 Walther Blvd, Baltimore City, MD 21236       |
| 10 | 7/20/2018  | C-Mart                         | 8039 Fort Smallwood, Riviera Beach, MD 21226      |
| 11 | 7/22/2018  | Wawa (attempted)               | 8300 Veterans Highway, Millersville, MD 21108     |
| 12 | 7/26/2018  | 8 Days A Week Convenience Mart | 1700 Taylor Ave, Parkville, MD 21234              |
| 13 | 8/5/2018   | John's Liquor and General Store | 812 Duvall Hwy, Pasadena, MD 21122               |
| 18 | 9/01/2018  | GameStop                       | 6370 York Rd, Baltimore, MD 21212                 |

## CONCLUSION

1.     Based on the above, I respectfully submit that there is probable cause to believe that Williams, McFadden, and Arnold have violated Title 18 U.S.C. § 1951(a) (Affecting Interstate Commerce by Robbery), and that there is probable cause to believe that evidence of these crimes will be found in the Target Information.

2.     I respectfully request that the Court issue the proposed search warrants, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

FILED UNDER SEAL                                                    DAL

3.     I respectfully request that the Court issue search warrants to search the items

listed in Attachments A-1, A-2, and A-3 to seize any items located pursuant to the search as

described in Attachments B-1, B-2, and B-3.

4.     I further request that the Court direct AT&T, T-Mobile, and Verizon to disclose to

the government any information described in Section I of Attachments B-1, B-2, and B-3,

respectively, that is within their possession, custody, or control.

5.     Because the warrant will be served on AT&T, T-Mobile, and Verizon who will

then compile the Target Information at a time convenient to them and because the warrant does

not involve entry on to physical premises, reasonable cause exists to permit the execution of the

requested warrants at any time in the day or night.

Special Agent Brendan Plasha
Bureau of Alcohol, Tobacco, Firearms, and
Explosives

Subscribed to and sworn before me this ____ day of __May__, 2019

THE HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE

FILED UNDER SEAL DAL

19-1631-SAG
to
19-1633-SAG

# ATTACHMENTS

1

FILED UNDER SEAL

DAL

## ATTACHMENT A-1
### Property to Be Searched

This warrant applies to records and information associated with:

- the cellular telephone assigned call number 410-585-7592;

(the "Account") that are stored at premises controlled by AT&T ("the Provider"), Headquartered

at 11760 US Highway One North Palm Beach, FL 33408.

2

## **ATTACHMENT B-1**

### **Particular Things to be Seized**

### I.     **Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A-1 is within the possession, custody, or control of the Provider, including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. §2703(f), the Provider is required to disclose to the government the below information pertaining to the Account listed in Attachment A-1 for the below periods of time.

**Applicable Time Periods:**

- May 24, 2018 through May 26, 2018
- June 9, 2018 through June 11, 2018
- June 19, 2018 through June 21, 2018
- July 9, 2018 through July 12, 2018
- July 17, 2018 through July 22, 2018

**Types of Information to be Disclosed by the Provider:**

   a.   The following information about the customers or subscribers of the Account:

       i.   Names (including subscriber names, user names, and screen names);

      ii.   Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

     iii.   Local and long distance telephone connection records;

     iv.   Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

     v.   Length of service (including start date) and types of service utilized;

FILED UNDER SEAL                                                                    DAL

     vi.   Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

    vii.   Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

    viii.   Means and source of payment for such service (including any credit card or bank account number) and billing records.

  b.  All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

    i.   the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

    ii.   information regarding the cell towers and sectors through which the communications were sent and received.

## II.    Information to be Seized by the Government

All information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of violations of 18 U.S.C. § 1951(a) (Affecting Commerce By Robbery).

## **ATTACHMENT A-2**
### **Property to Be Searched**

This warrant applies to records and information associated with:

- the cellular telephone assigned call number 443-355-1097,

("the Account"), that are stored at premises controlled by T-Mobile/Metro PCS ("the Provider"),

headquartered at 4 Sylvan Way, Parsippany, New Jersey 07054

DAL

## ATTACHMENT B-2
### Particular Things to be Seized

**I.      Information to be Disclosed by the Provider**

To the extent that the information described in Attachment A-2 is within the

possession, custody, or control of the Provider, including any information that has been deleted

but is still available to the Provider or that has been preserved pursuant to a request made under

18 U.S.C. §2703(f), the Provider is required to disclose to the government the below information

pertaining to the Account listed in Attachment A-2 for the below periods of time.

**Applicable Time Periods:**

- May 24, 2018 through May 26, 2018

- June 9, 2018 through June 11, 2018

- June 19, 2018 through June 21, 2018

- July 9, 2018 through July 12, 2018

- July 17, 2018 through July 23, 2018

- July 25, 2018 through July 27, 2018

- August 17, 2018 through August 19, 2018

- August 20, 2018 through August 22, 2018

- August 24, 2018 through August, 26 2018

- August 27, 2018 through August 29, 2018

- August 31, 2018 through September 1, 2018.

**Types of Information to be Disclosed by the Provider:**

a.   The following information about the customers or subscribers of the Account:

i.   Names (including subscriber names, user names, and screen names);

6

    ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

    iii.  Local and long distance telephone connection records;

    iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

    v.  Length of service (including start date) and types of service utilized;

    vi.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

    vii.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

    viii.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

b. All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

    i.  the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

    ii.  information regarding the cell towers and sectors through which the communications were sent and received.

## II.   Information to be Seized by the Government

**FILED UNDER SEAL** DAL

All information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of violations of 18 U.S.C. § 1951(a) (Affecting Commerce By Robbery).

FILED UNDER SEAL                                                                      DAL

## **ATTACHMENT A-3**
**Property to Be Searched**

This warrant applies to records and information associated with:

- the cellular telephone assigned call number 443-890-7949,

("the Account"), that are stored at premises controlled by Verizon ("the Provider"),

headquartered at 180 Washington Valley Road Bedminster, NJ 07921.

9

FILED UNDER SEAL                                                                DAL

## ATTACHMENT B-3
### Particular Things to be Seized

**I.      Information to be Disclosed by the Provider**

            To the extent that the information described in Attachment A-3 is within the

possession, custody, or control of the Provider, including any information that has been deleted

but is still available to the Provider or that has been preserved pursuant to a request made under

18 U.S.C. §2703(f), the Provider is required to disclose to the government the below information

pertaining to the Account listed in Attachment A-3 for the below periods of time.

**Applicable Time Periods:**

- May 24, 2018 through May 26, 2018

- June 9, 2018 through June 11, 2018

- June 19, 2018 through June 21, 2018

- July 9, 2018 through July 12, 2018

- July 17, 2018 through July 23, 2018

- July 25, 2018 through July 27, 2018

- August 17, 2018 through August 19, 2018

- August 20, 2018 through August 22, 2018

- August 24, 2018 through August, 26 2018

- August 27, 2018 through August 29, 2018

- August 31, 2018 through September 1, 2018.

**Types of Information to be Disclosed by the Provider:**

            a.   The following information about the customers or subscribers of the Accounts:

                        i.   Names (including subscriber names, user names, and screen names);

     ii.  Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

    iii.  Local and long distance telephone connection records;

    iv.  Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

    v.  Length of service (including start date) and types of service utilized;

    vi.  Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

    vii.  Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

    viii.  Means and source of payment for such service (including any credit card or bank account number) and billing records.

b.  All records and other information (not including the contents of communications) relating to wire and electronic communications sent or received by the Account, including:

    i.  the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

    ii.  information regarding the cell towers and sectors through which the communications were sent and received.

FILED UNDER SEAL DAL

## II.   Information to be Seized by the Government

All information described above in Section I that constitutes evidence, fruits, contraband, and instrumentalities of violations of 18 U.S.C. § 1951(a) (Affecting Commerce By Robbery).

FILED UNDER SEAL

DAL

## **ATTACHMENT C**

The following includes the state search warrant obtained by state investigators to search McFadden's car.

**BALTIMORE COUNTY POLICE DEPARTMENT**
SEARCH WARRANT EVIDENCE
INVENTORY FORM

"Integrity..Fairness..Service"

Page 1 of 2

CC#: 18244752  Location of Warrant Execution: 700 E. JOPPA RD 21286  Date: 9/2/18  Time of Entry: 0535

Recording Officer Name & ID#: ROGERS 4534  Uniformed Officer Name & ID#: N/A

Supervisor: SCHWENTECK 5071  Seizing Officer/Assignment: ROGERS 4534  CID/ROBBERY

Affiant/Investigator Handling Case: QUIRK 3445

Time Location Secured: 0559  Valuables Statement Read to: N/A  by: N/A

| | Item # | Qty | Description | Location Found | Photograph | Seizing Officer |
|---|---|---|---|---|---|---|
| 1 | 3445 - 1 | | BLACK BB GUN | FRONT PASSENGER SEAT | ☐ yes ☐ no | ROGERS |
| 2 | 3445 - 2 | | WHITE & BLUE GEL CAPS | FRONT PASSENGER SEAT | ☐ yes ☐ no | |
| 3 | 3445 - 3 | | ZTE CELL PHONE (BLACK) | " " " | ☐ yes ☐ no | |
| 4 | 3445 - 4 | | WHITE I-PHONE w/BLK CASE | " " " | ☐ yes ☐ no | |
| 5 | 3445 - 5 | | DOCUMENTS KEVIN MCFADDEN | FRONT PASSENGER DOOR | ☐ yes ☐ no | |
| 6 | 3445 - 6 | | PS4 GUIDE | GLOVE BOX | ☐ yes ☐ no | |
| 7 | 3445 - 7 | | ID KEVIN MCFADDEN | DRIVERS DOOR PANEL | ☐ yes ☐ no | |
| 8 | 3445 - 8 | | ROLL OF QUARTERS | REAR PASSENGER FLOOR | ☐ yes ☐ no | |
| 9 | 3445 - 9 | | P/S DOCUMENT | DRIVERS DOOR PANEL | ☐ yes ☐ no | |
| 10 | 3445 - 10 | | SPEED ZONE VIOLATION | " " " | ☐ yes ☐ no | |
| 11 | 3445 - 11 | | 2 ROLLS QUARTERS / 1 ROLL NICKLES | DRIVERS SEAT | ☐ yes ☐ no | |
| 12 | 3445 - 12 | | BAG CONTAINING 3 PS3 & U.S. | REAR SEAT | ☐ yes ☐ no | |
| 13 | 3445 - 13 | | LOOSE QUARTERS | REAR PASSENGER FLOOR | ☐ yes ☐ no | |
| 14 | 3445 - 14 | | 1 BLUE HAT w/ WHITE STAR | BACK SEAT | ☐ yes ☐ no | |
| 15 | 3445 - 15 | | 1 BLACK HAT SAN ANTONIO SPURS | " " | ☐ yes ☐ no | |
| 16 | 3445 - 16 | | BLACK BAG w/ 4 PS4S | " " | ☐ yes ☐ no | |
| 17 | 3445 - 17 | | BLACK PLASTIC BAGS | TRUNK | ☐ yes ☐ no | |

DISTRIBUTION:
Original – Issuing Judge
First Copy – Officer
Second Copy – Recipient

Signature of Property Representative acknowledging receipt of Inventory: N/A

Witness: Detective/Officer Signature: _____

Form 186 (Rev 10/11)



"Integrity...Fairness...Service"

BALTIMORE COUNTY POLICE DEPARTMENT
SEARCH WARRANT EVIDENCE
INVENTORY FORM

Page 2 of 2

CC#: 182441752   Location of Warrant Execution: 700 E. JOPPA RD 21286   Date: 9/2/18   Time of Entry: 0535

Recording Officer Name & ID#: ROGERS 4534 _____ Uniformed Officer Name & ID#: N/A

Supervisor: SCHWENTECK 5071   Seizing Officer/Assignment: ROGERS 4534

Affiant/Investigator Handling Case: QUIRK 3445

Time Location Secured: 0559   Valuables Statement Read to: N/A   by: N/A

| Item # | Qty | Description | Location Found | Photograph | Seizing Officer |
|---|---|---|---|---|---|
| 1 | 3445-18 | 2 | PS 4 | TRUNK | ☐ yes ☐ no | ROGERS |
| 2 | 3445-19 | 2 | PS 3 | TRUNK | ☐ yes ☐ no | |
| 3 | 3445-20 | 2 | X-BOX CONTROLLERS | TRUNK | ☐ yes ☐ no | |
| 4 | 3445-21 | 1 | WALLET STEWART WILLIAM | " | ☐ yes ☐ no | |
| 5 | 3445-22 | | ADIDAS SHOES WHITE IN BOX | " | ☐ yes ☐ no | |
| 6 | 3445-23 | | BLACK NIKE SWEAT PANTS | " | ☐ yes ☐ no | |
| 7 | 3445-24 | | WALLET -KEVIN MCFADDEN | " | ☐ yes ☐ no | |
| 8 | 3445-25 | | $54 U.S. CURRENCY | " | ☐ yes ☐ no | |
| 9 | 3445-26 | | $576 IN U.S. CURRENCY | IN ITEM #3445-12 | ☐ yes ☐ no | |
| 10 | 3445-27 | 1 | CASH TRACKER | " " #3445-12 | ☐ yes ☐ no | ✓ |
| 11 | | | | | ☐ yes ☐ no | |
| 12 | | | | | ☐ yes ☐ no | |
| 13 | | | | | ☐ yes ☐ no | |
| 14 | | | | | ☐ yes ☐ no | |
| 15 | | | | | ☐ yes ☐ no | |
| 16 | | | | | ☐ yes ☐ no | |
| 17 | | | | | ☐ yes ☐ no | |

DISTRIBUTION:
Original – Issuing Judge
First Copy – Officer
Second Copy – Recipient

Signature of Property Representative acknowledging receipt of inventory: N/A

Witness: Detective/Officer Signature: ____

Form 186 (Rev 10/11)

DISTRICT COURT OF MARYLAND
FOR BALTIMORE COUNTY

## APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

To the Honorable Judge K. Wiggins of the District Court for Baltimore County, your Affiant, Detective Dennis M. Quirk ID# 3445, a sworn member of the Baltimore County Police Department, states that he has reason to believe that:

IN THE VEHICLE KNOWN AS:

### 2003 Honda Accord 2dr, Dark Blue, bearing
### Virginia Tag# UXT8003, Vin# 1HGCM82613A001689

There is presently concealed certain property, **NAMELY:**

- Any and all handguns, including any paperwork associated with handguns
- Any and all ammunition including any paperwork associated with ammunition
- U.S. Currency
- black mask
- blue 'Dallas Cowboys' baseball cap
- black/maroon 'Guess' 'T' Shirt
- black shorts
- dark colored shoes
- dark colored hooded sweatshirt(s)
- white 'Spurs' baseball cap
- dark colored 'T'-shirt
- white socks
- blue/white New Balance sneakers
- black plastic garbage bag
- Video gaming systems
- Photographs; including those of any associates or co-conspirators;
- Any paperwork or other items of evidentiary value associated with co-conspirators
- Any and all computers, tablets, electronic devices
- Any and all cell phones, to include the search and recovery, (download), of all data from within to include but not limited to text messages, images, call records/history, voice messages, e-mails etc.
- Any other items that can reasonably be determined to be evidence associated with Armed Robbery

1

Which is evidence relating to the commission of a crime of Armed Robbery, in violation of Maryland Annotated Code, Article 3 Section 403. The fact tending to establish grounds for the issuance of a Search and Seizure Warrant are set forth in the below Affidavit.

## AFFIDAVIT

On 09/01/2018 at approximately 2035hrs two Suspects entered the store and immediately confront two Victims, Leland Wheeler and Duwane McLean. The first Suspect pointed a black semi-auto handgun at Victim Wheeler and said "You know what I want"! This Suspect then forced him into the back room where he pulled out two black garbage bags and started filling them with game systems. The second Suspect went around the sales counter and ordered Victim McLean to open the registers. This Suspect pulled out a black garbage bag from his pocket and placed the cash inside. The second Suspect then forced the Victim into the back room with the other Suspect and Victim and placed more game systems in his bag. Both Suspects then fled the location. The loss value is $381.00 in U. S. Currency and 14 Game Systems valued at $4,000.00

The Suspects were described as:

#1) Black male, 6'00"tall, 20's to 30's, wearing a blue 'Dallas Cowboys' baseball cap, black/maroon 'Guess' 'T' Shirt, black shorts, gold colored watch on his left wrist and dark colored shoes. He carried two black plastic garbage bags and brandished a black semi-automatic handgun.
#2) Black male, 6'00', 20's to 30's wearing a white 'Spurs' baseball cap, dark colored 'T'-shirt, black shorts white socks, blue/white New Balance sneakers and a gold colored watch on his left wrist. He also carried a black plastic garbage bag into the store with him.

One of the Victims advised that just prior to the Robbery he saw both Suspects near a dark colored two door vehicle parked in the lot.

As Police Units responded to the scene they were advised that there was a tracking device hidden in the stolen money from the GameStop. This device was tracked from the store into Baltimore City where City Police Units established from its position that it was inside a dark colored two door Honda coupe. They attempted to conduct a traffic stop at St. Paul Street and E. 25th Street but the Suspect vehicle eluded them. By this time the Patrol Units were joined by 'Foxtrot' of the Baltimore City Police Aviation Unit. 'Foxtrot' was able to trail the Suspect vehicle until they abandoned it and fled into the yard of a nearby home where they both could be seen banging on the rear door of a residence that was soon determined to be the 922 N. Stricker Street Baltimore Md 21217. As 'Foxtrot" circled around again the Suspects disappeared from sight into this location. Officers approached the residence and made contact with the three persons inside. Two of them closely matched the physical description of the Suspects that just committed the Robbery of the GameStop store. When asked, the primary resident of the apartment advised that those two subjects, minutes before, banged on his door and came in. These two persons were identified as Kelvin McFadden M/B 08/26/1993 and

2

Stewart Williams, M/B 05/06/1983. Williams is the nephew of the resident and stays at the location. They were detained and transported to Baltimore County Police Headquarters for interview.

The Suspect vehicle is a 2003 Honda Accord 2dr Dark Blue in color with Virginia Tag# UXT8003, VIN# 1HGCM82613A001689. It is registered to Kelvin Ricardo McFadden M/B 08/26/1993. The Vehicle was secured and towed to Baltimore County Police Headquarters for service of a Search Warrant.

Based on physical attributes, clothing, MO and video surveillance evidence, this vehicle and these two Suspects are believed to be involved in a Baltimore County Robbery trend of up to 14 cases which began in May of this year.

Your affiant, Det. Dennis Quirk knows through his training, knowledge, and experience that individuals involved in the commission of these crimes will keep/secrete their weapons, clothing worn during the commission of their crimes and other tools utilized in these crimes in a safe location including their premises and vehicles. Based on the above articulated facts I believe that implements and proceeds from this Robbery Trend are currently secreted at the above vehicle.

Wherefore, your Affiant requests that a Search and Seizure Warrant be issued for said vehicle known as **2003 Honda Accord 2dr Dark Blue, bearing Virginia Tag# UXT8003, VIN# 1HGCM82613A001689.**

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Application and Affidavit are true. For any portion of the Application and Affidavit that relies upon information provided by someone other than the applicant, and only for such portion(s), I solemnly affirm under the penalties of perjury that the contents of the foregoing Application and Affidavit are true to the best of my knowledge, information and belief.

Affiant _____  _____
                    Detective              Date and Time

3

## DISTRICT COURT OF MARYLAND
## FOR BALTIMORE COUNTY

## SEARCH AND SEIZURE WARRANT

**TO:**   Any Police Officer of Baltimore County, Maryland

**GREETINGS:**

**WHEREAS:**

An application and affidavit were made and delivered to me by Detective Jason Claggett ID# 5499, a sworn member of the Baltimore County Police Department, who has reason to believe that:

IN THE VEHICLE KNOWN AS:

## 2003 Honda Accord 2dr Dark Blue, bearing

## Virginia Tag# UXT8003, VIN# 1HGCM82613A001689

There is presently concealed certain property, **NAMELY:**

- Any and all handguns, including any paperwork associated with handguns
- Any and all ammunition including any paperwork associated with ammunition
- U.S. Currency
- black mask
- blue 'Dallas Cowboys' baseball cap
- black/maroon 'Guess' 'T' Shirt
- black shorts
- dark colored shoes
- dark colored hooded sweatshirt(s)
- white 'Spurs' baseball cap
- dark colored 'T'-shirt
- white socks
- blue/white New Balance sneakers
- black plastic garbage bag
- Video gaming systems
- Photographs; including those of any associates or co-conspirators;
- Any paperwork or other items of evidentiary value associated with co-conspirators
- Any and all computers, tablets, electronic devices
- Any and all cell phones, to include the search and recovery, (download), of all data from within to include but not limited to text messages, images, call records/history, voice messages, e-mails etc.
- Any other items that can reasonably be determined to be evidence associated with Armed Robbery

4

Which is evidence relating to the commission of a crime of Armed Robbery, in violation of Maryland Annotated Code, Article 3 Section 403, and I am satisfied that there is probable cause to believe that the property described is in the location above described and that probable cause for issuance of the Search and Seizure Warrant exists, as stated on the Application and Affidavit attached to this warrant.

You are, therefore, commanded, with the necessary and proper assistance, to (1) search the vehicle herein above specified; (2) if the property named in the Application and Affidavit is found therein, to seize it; (3) seize any evidence of the commission of a misdemeanor or felony by a person therein; (4) seize any evidence of the commission of a misdemeanor or felony which is found in the vehicle covered by this warrant; (5) leave a copy of this Warrant and Application/Affidavit with an inventory of the property seized pursuant to applicable law and (6) return a copy of this Warrant, Application/Affidavit, and inventory, if any, to me within ten (10) days after execution of this Warrant; or, if not served, to return this Warrant and Application/Affidavit to me promptly, per Maryland Rules, Rule 4-601(h).

SIGNED: _____  orsf  9/2/18   2:54 Am
                 JUDGE                                      DATE/TIME

5

FILED UNDER SEAL                                                                      DAL

## **ATTACHMENT D**

The following includes the State search warrant obtained by state investigators to search
Arnold's phone (Target Telephone 1).

## District Court/Circuit Court of Maryland
## For Anne Arundel County

## APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

To the Honorable Judge Ronald A. Silkworth of the Circuit Court for Anne Arundel
County, your Affiant, Detective Z. Renko, a sworn member of the Anne
Arundel County Police Department, states that he has reason to believe that:

### ON/IN THE PREMISES/LOCATION/VEHICLE/THING KNOWN AS:

    -Black LG brand cell phone

    Serial number: 803VTNV019919

there is presently concealed certain property, **NAMELY:**

    -Incoming and outgoing phone calls

    -Text message conversations

    -Photographs

which is evidence relating to the commission of a crime of Robbery, in violation of the
Annotated Code of Maryland, CR 3-702. The facts tending to establish grounds for the
issuance of a Search Warrant are set forth in the below Affidavit.

### AFFIDAVIT

        On Sunday, July 22, 2018 at approximately 0130 hours, Corporal Meadows
#1393, entered the WaWa located at 8300 Veterans Highway in Millersville, Maryland to
conduct a periodic check of the business which is standard during the course of a patrol
shift. When Corporal Meadows entered the store he observed several employees in the
area of the deli counter acting strangely. The employees of the store had "panicked and
fearful" expressions on their faces. As Corporal Meadows walked further into the store he
observed a black male wearing a "Dallas Cowboys" brand baseball hat and a dark colored
t-shirt and shorts standing in the deli area where the employees were. The subject was
later positively identified as Michael Lee Arnold by his Maryland Drivers License.
Corporal Meadows observed Arnold holding a black gun in his right hand pointed at the
ground. Due to Corporal Meadows' training, knowledge and experience as a Police

Officer, he immediately recognized the incident unfolding to be an armed robbery by Arnold.

Once Corporal Meadows saw Arnold was threatening the store employees with a hand gun and attempting to rob the store he drew his service weapon and began giving Arnold orders to lay on the ground. Arnold complied with Corporal Meadows commands and he was taken into custody without incident. The firearm Arnold possessed was found to be a BB gun and was recovered.

I responded to WaWa and spoke with the on duty store manager, Nicholas Phillip Savia. Mr. Savia advised me Arnold and another black male subject wearing a black hooded sweatshirt entered and exited the store numerous times during a twenty minute period and repeatedly looked around the store each time as if they were casing the business. Mr. Savia advised me Arnold was carrying a small zipper bag of some kind in his hands each time he came in the store. Mr. Savia advised me once the store was empty from all other customers Arnold walked in along with the other subject and came back to the deli area where he and the other store employees were at the time. Mr. Savia advised me Arnold removed a black handgun from the small bag he was carrying and pointed it at the ground. Mr. Savia advised me Arnold told him "here's how it's gonna go, I don't want to have to shoot you but I will." Mr. Savia advised me Arnold demanded he open the stores' register drawer and he complied. Mr. Savia advised me Arnold looked inside the register drawer once it was open and said, "It's not even worth it." After that comment was made, Corporal Meadows entered the store. A second suspect entered the store with Arnold and can be seen on video surveillance wearing a black hooded sweatshirt and shorts.

I was able to review the stores' video surveillance footage of the incident and observed the suspect later identified as Michael Arnold enter the store. Arnold was wearing a blue and gray "Dallas Cowboys" baseball hat, sunglasses, and was holding a small blue handbag with a zipper as Mr. Savia described. After viewing the stores' surveillance footage, I immediately recognized Arnold as the suspect from a separate business robbery I was investigating.

(Case 2018-727572) On Friday, July 20, 2018 at approximately 1814 hours, I responded to C'mart located at 8039 Fort Smallwood Road in Pasadena, Maryland to investigate an armed robbery of a business that had just occurred. I spoke with the store employee

working at the time, Mr. Sarmad Khan, who advised me 2 black male suspects entered the store. Mr. Khan advised me one of the suspects was wearing a blue and gray "Dallas Cowboys" baseball hat, red shirt, and was holding a blue handbag with a zipper that he used to conceal a black handgun. Mr. Khan advised me the suspect removed the handgun from the bag and threatened to shoot him unless he complied with his demands. Mr. Khan opened the stores register giving him access. The suspect was able to obtain over $800 in United States currency and 6 cartons of Newport brand cigarettes valued around $45 each before leaving the store.

I reviewed the stores' surveillance footage of the incident and confirmed the description of the suspect given to me by Mr. Khan to be accurate. I also observed a black male wearing a black hooded sweatshirt and shorts similar to the second suspect in the WaWa incident enter and leave the store with the first suspect. Both suspects are then seen entering a dark colored Chevy pickup truck before fleeing the area. Neither suspect wore anything that covered their faces.

I compared the suspect from the video surveillance from the C'mart incident to the surveillance I viewed from the WaWa and was able to positively identify Michael Arnold as the suspect who robbed Sarmad Khan at C'mart on July 20, 2018.

I responded to Eastern District station to continue with the investigation of the WaWa incident involving Arnold. I met with Arnold in the first floor interview room number 1. I read Arnold an Advisement of Rights form and he agreed to speak with me without the presence of an attorney. Arnold signed the form at 0356 hours on July 22, 2018. The interview was audio and video recorded. During the course of the interview, Arnold confessed to committing the robbery at the WaWa located at 8300 Veterans Highway and the C'mart located at 8039 Fort Smallwood Road. Arnold was charged appropriately in both cases and during his processing at the station a black LG brand cell phone was found on his person and was recovered as evidence. I believe there is information on the cell phone that could serve as evidence in these cases.

Your affiant has been a member of the Anne Arundel County Police Department for eight (8) years. Your affiant has received both formal and on the job training concerning investigations of this nature. Your affiant has conducted and assisted with investigations involving burglary, robbery, sex offense and narcotics distribution.

Wherefore, your Affiant(s) request(s) that a Search and Seizure Warrant be issued for said premises/location/vehicle/person/thing known as:

-       Black LG brand cell phone

        Serial number: 803VTNV019919

I/We solemnly affirm under the penalty of perjury and upon personal knowledge that the contents of the foregoing Application and Affidavit are true. For any portion of the Application and Affidavit that relies upon information provided by someone other than the applicant, and only for such portion(s), I/We solemnly affirm under the penalties of perjury that the contents of the foregoing Application and Affidavit are true to the best of my/our knowledge, information and belief.

Affiant(s):        _____ 1827

                    Det. Z. Renko #1827

                    07-23-2018

## DISTRICT/CIRCUIT COURT OF MARYLAND
## FOR ANNE ARUNDEL COUNTY

### SEARCH AND SEIZURE WARRANT

**TO:** Any Police Officer of Anne Arundel County, Maryland

**GREETINGS:**

**WHEREAS:**

An Application and Affidavit were made and delivered to me by Det. Z. Renko, (a) sworn member of the Anne Arundel County Police Department, who has reason to believe that:

### ON/IN THE PREMISES/LOCATION/VEHICLE/THING KNOWN AS:

- Black LG cell phone
Serial number: 803VTNV019919

which is evidence relating to the commission of a crime of Robbery, in violation of the Annotated Code of Maryland, CR 3-702 and I am satisfied that there is probable cause to believe that the property described is in the location above described and that probable cause for issuance of the Search and Seizure Warrant exists, as stated on the Application and Affidavit attached to this warrant.

You are, therefore, commanded with the necessary and proper assistance, to (1) search the (place, vehicle, and/or person) herein above specified; (2) if the property named in the Application and Affidavit is found there, to seize it; (3) seize any evidence of the commission of a misdemeanor or felony by a person therein; (4) seize any evidence of the commission of a misdemeanor or felony which is found in the building, apartment, premises, places or things covered by this warrant; (5) leave a copy of this Warrant and Application and Affidavit with an inventory of the property seized pursuant to applicable law and (6) return a copy of this Warrant, Application and Affidavit, and inventory, if any, to me within ten (10) days after execution of this Warrant; or, if not served, to return

this Warrant and Application and Affidavit to me promptly, per Maryland Rules, Rule 4-601(h).

Dated this _23_ day of _July_, _2018_ at _____ (time)

Signed: Judge _____

Jul 23, 2018    11:22:46 AM